```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2015
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA; *ex rel.*
JOHN DOE,

                Plaintiff,

- against -

COMMERZBANK AG; COMMERZBANK
AG, NEW YORK BRANCH;
COMMERZBANK AG, GRAND CAYMAN
BRANCH; and COMMERZBANK AG,
LUXEMBOURG BRANCH,

                Defendants.

13 Civ. 8095 (JMF)

REVISED NOTICE OF
VOLUNTARY DISMISSAL
PURSUANT TO Fed. R. Civ .P.
41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(i), the relator, with the consent of the United States of America, hereby voluntarily withdraws this action with prejudice as to the relator and without prejudice as to the United States of America.

Dated: New York, New York
       August 25, 2015

                                  SADOWSKI FISCHER PLLC
                                  *Attorneys for Relator*

                    By: _____
                                 Raphael Katz, Esq.
                                 39 Broadway Suite 1540
                                 New York, New York 10006
                                 Telephone: (212) 913-9678
                                 Facsimile: (646) 502-5357
                                 rkatz@sflawgroup.com

SO ORDERED.

_/s/ Jesse M. Furman_
Jesse M. Furman
United States District Judge

August 25, 2015